In Re: Application for new Restaurant Liquor License, Richard A. and Marianne Caracciolo etc. Patrick E. Ott, trading as the Anchor Inn, Appellant.

Commonwealth of Pennsylvania, Pennsylvania Liquor Control Board, Appellant *v.* Richard A. and Marianne Caracciolo, t/d/b/a Pirate's Cove, Appellees.

Argued February 3, 1983, before Judges ROGERS, BLATT and MACPHAIL, sitting as a panel of three.

*Blair V. Pawlowski, Pawlowski and Tulowitzki,* for appellant, Patrick E. Ott, t/d/b/a Anchor Inn.

*Patrick M. McHugh,* Assistant Counsel, with him *Felix Thau,* Assistant Counsel, and *J. Leonard Langan,* Chief Counsel, for appellant, Pennsylvania Liquor Control Board.

*Robert Davis Gleason, Gleason, Di Francesco, Shahade & Markovitz,* for appellees, Richard A. and Marianne Caracciolo, t/d/b/a Pirate's Cove.

OPINION BY JUDGE ROGERS, March 17, 1983:

The Pennsylvania Liquor Control Board and Patrick E. Ott, trading as Anchor Inn, have appealed from an order of the Common Pleas Court of Cambria County sustaining the appeal of Richard A. Caracciolo and Marianne Caracciolo, trading as Pirate's Cove, from an order of the Pennsylvania Liquor Control Board refusing to issue a restaurant liquor license to the Caracciolos for the conduct of a full service restaurant and directing the license to be issued. The regular quota of liquor licenses for the municipality in which the Pirate's Cove was located was filled and the Caracciolos requested the Liquor Control Board to accommodate them by increasing the allowed number of licenses because the municipality was, as they asserted, located within a resort area. Such an increase is authorized to be made by Section 461(b) of the Pennsylvania Liquor Code, Act of April 12, 1951, P.L. 90, *as amended,* 47 P.S. §4-461(b). The premises proposed to be licensed is near Prince Gallitzin State Park, which the record shows is visited by more than 900,000 persons a year.

We affirm the order below on the comprehensive opinion of Judge JOSEPH F. O'KICKI reported at Pa. D. & C.3d ( ).

ORDER IN 1128 C.D. 1982

AND Now, this 17th day of March, 1983, the order of the Court of Common Pleas of Cambria County dated April 16, 1982, is affirmed.

ORDER IN 1274 C.D. 1982

AND Now, this 17th day of March, 1983, the order of the Court of Common Pleas of Cambria County dated April 16, 1982, is affirmed.